**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cv-20730-ALTMAN**

**NELSON FERNANDEZ**,

    *Plaintiff*,

v.

**SELECT PORTFOLIO SERVICING INC.**,

    *Defendant*.

_____/

**ORDER**

The parties filed a Joint Notice of Settlement [ECF No. 13] telling us that they have resolved their dispute. Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a joint stipulation of dismissal on or before **June 26, 2023**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on May 25, 2023.

                                                       _____
                                                       **ROY K. ALTMAN**
                                                       **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record